IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                      Civil No. 08-463-PB

Joel Jackson

ORDER TO DISCOVER AND TO APPEAR FOR
HEARING ON PERIODIC PAYMENT OF THE JUDGMENT

    Upon Motion of the United States of America, it is

    ORDERED that the defendant appear at the U.S. District Court

for the District of New Hampshire, 55 Pleasant Street, Courtroom

No. B  , Concord, New Hampshire, on the 6    day of March    ,

2009, at  10:00 am        ,  for a hearing to establish a schedule

for periodic payment of the judgment.  It is further

    ORDERED that the defendant, on the above-noted date,

participate in the disclosure of his financial assets and

liabilities by completing the financial statement attached hereto

as Exhibit A, by providing copies of all documents listed on

Exhibit B and by further answering any questions propounded by

the plaintiff or the Court regarding his financial assets and

liabilities and his ability to repay the judgment entered against

him on January 22, 2009.

    Dated at Concord, New Hampshire this 18 day of February    ,

2009.

                          /s/ James R.Muirhead
                          U.S. Magistrate Judge

cc:  U.S. Attorney
     Joel Jackson