IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSIRE

United States of America

      v.                        Civil No. 08-463-PB

Joel A. Jackson

ORDER TO DISCOVER AND TO APPEAR FOR
HEARING ON PERIODIC PAYMENT OF THE JUDGMENT

Upon Motion of the United States of America, it is

ORDERED that the Defendant appear at the U.S. District Court for the District of New Hampshire, 55 Pleasant Street, Courtroom No.   , Concord, New Hampshire, on the 19th day of June, 2012, at 11:30, for a hearing to establish a schedule for periodic payment of the judgment. It is further

ORDERED that the Defendant, on the above-noted date, participate in the disclosure of his financial assets and liabilities by completing the financial statement attached to Plaintiff's Motion as Exhibit B, by providing copies of all documents listed on Exhibit C to Plaintiff's Motion and by further answering any questions propounded by Plaintiff or the Court regarding his financial assets and liabilities and his ability to repay the judgment entered against him on January 22, 2009.

Dated at Concord, New Hampshire this day of June, 2012.

                                      /s/ Paul Barbadoro
                                      U.S. DISTRICT COURT JUDGE

cc: Michael T. McCormack, AUSA
     Joel A. Jackson